IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHIA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERMATIC, INC.,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>: C.A. No. 06-45-GMS<br>:<br>:<br>:<br>:<br>: |

## STIPULATION AND ORDER

It is hereby stipulated and agreed by and between counsel for the parties, subject to the approval of the Court, that the time within which defendant shall answer, move, or otherwise plead in response to the Complaint is extended for fourteen (14) days, to and including June 12, 2006, to permit defendant sufficient time to investigate the matter and prepare an appropriate pleading.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Thomas C. Grimm* |
| _____ | _____ |
| Steven J. Balick (#2114) | Thomas C. Grimm (#1098) |
| 222 Delaware Avenue | 1201 N. Market Street |
| P.O. Box 1150 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 654-1888 | (302) 658-9200 |
| sbalick@ashby-geddes.com | tgrimm@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

OF COUNSEL:

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, Suite 500
Washington, DC 20007-5109
(202) 672-5300

OF COUNSEL:

Rodney A. Daniel
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200

- 2 -

Andrea M. Augustine
FOLEY & LARDNER LLP
321 North Clark, Suite 2800
Chicago, IL  60610-4764
(312) 832-4500

        SO ORDERED this \_\_\_\_ day of May, 2006.

_____
United States District Court Judge

521479