IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-45-GMS |
| ) | |
| INTERMATIC, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

The parties to the above action having settled their dispute, plaintiff Nichia Corporation hereby dismisses its complaint without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff
Nichia Corporation*

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

-2-

Andrea M. Augustine
FOLEY & LARDNER LLP
321 North Clark, Suite 2800
Chicago, Illinois  60610-4764
(312) 832-4500


Dated:  June 8, 2006
170297.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2006, the attached Notice of Dismissal was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Thomas C. Grimm, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | **HAND DELIVERY** |
| Rodney A. Daniel, Esquire<br>Brinks Hofer Gilson & Lione<br>NCB Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599 | **VIA FEDERAL EXPRESS** |

/s/ John G. Day
_____
John G. Day

170183.1